722 A.2d 685

**Donald HARNISH and Robert and Sandra Geist, H/W**

v.

**SCHOOL DISTRICT OF PHILADELPHIA and Daniel J. Keating Company and Lott Constructors, Inc.**

**Petition of Daniel J. Keating Company.**

Supreme Court of Pennsylvania.

Jan. 26, 1999.

## ORDER

PER CURIAM

AND NOW, this 26 th day of January, 1999, we **GRANT** the Petition for Allowance of Appeal, **LIMITED** to the issue of whether a harmless error analysis is required when an appellate court reviews an entry of nonsuit alleged to be in violation

of Pa.R.C.P. 230.1. This matter will be **SUBMITTED ON BRIEFS.**